IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

WORLD GOLD TRUST SERVICES, LLC,
a Delaware limited liability company,

                                Plaintiff,                            Civil Action No. 1:18 CV 02104

v.

GOLDCOIN DEVELOPERS GROUP LP d/b/a
GOLDCOIN (GLD),                                          **AFFIDAVIT OF SERVICE**

                               Defendant.

------------------------------------------------------------------X

STATE OF NEW YORK   )
                                : ss.:
COUNTY OF NEW YORK )

MICHAEL PRESENT, being duly sworn, deposes and says:

1.     I am not a party herein and am over 18 years of age and reside in New York County, State of New York.

2.     On April 4, 2018, I served a true and correct copy of (i) the Notice of Pre-Trial Conference and (ii) the Court's Individual Rules of Practice in Civil Cases ("Individual Rules") upon:

                Mr. Gregory Matthews
                Systems Administrator
                Registered Agent
                GoldCoin Developers Group LP, d/b/a GoldCoin (GLD)
                720 Montague Avenue, Suite 175
                Greenwood, South Carolina 29649

by placing a true copy of same in an envelope addressed as above and depositing same in a depository under the exclusive care and custody of the United States Postal Service.

                                                                 _____
                                                                      Michael Present

Sworn to before me this
4th day of April, 2018

_____ — Yvette Colin-O'Shea
Yvette Colin-O'Shea
NOTARY PUBLIC, State of New York
Reg. No. 01CO6033282
Qualified in Bronx County
Commission Expires Nov. 15, 20__